IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:24-cv-02257-DWD ) ) |
| CHESTERFIELD VALLEY INVESTORS, LLC, d/b/a GATEWAY CLASSIC CARS, | ) ) ) |
| Defendant. | |

## ORDER

**DUGAN, District Judge:**

This matter is before the Court on the Equal Employment Opportunity Commission's Agreed Motion to Extend Case-Management Deadlines. (Doc. 50). The Court, being duly advised, hereby **GRANTS** the motion. The following case-management deadlines are amended as reflected:

| Item | Existing Deadline (Doc. 46-1) | New Deadline |
|---|---|---|
| Plaintiff's and Defendant's Depositions | June 24, 2025 | September 22, 2025 |
| Mandatory Mediation Session | June 24, 2025 | September 22, 2025 |
| Completion of Discovery | July 24, 2025 | October 22, 2025 |
| Completion of Mandatory Mediation Process | August 8, 2025 | November 6, 2025 |
| Dispositive Motions | August 22, 2025 | November 20, 2025 |

**SO ORDERED.**

Dated: May 30, 2025

*/s David W. Dugan*
DAVID W. DUGAN
United States District Judge
